# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GWENDOLYN FOREHAND, etc.,

    Plaintiff,

v.                                            CASE NO. 4:05cv251-RH/WCS

CENTRE POINTE HRC, L.L.C., etc.,

    Defendant.

_____/

## ORDER COMPELLING ARBITRATION

    Defendant's unopposed motion to compel arbitration is GRANTED. All proceedings in this action are stayed pending arbitration. Unless and until modified by the arbitration panel, by agreement of the parties, or by order of this court, the parties shall abide by the schedule set forth in the stipulation for arbitration as filed in this court (document 7). By not later than the last day of each February and August, beginning with February 28, 2006, the parties shall file a joint status report, setting forth the status of arbitration proceedings. Any such report may be filed by one party with the consent of the other party.

    SO ORDERED this 7th day of August, 2005.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge